UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-01331-RGK (PJWx) | Date | May 11, 2011 |
|---|---|---|---|
| Title | THEODORE E. DEAN, et al. v. CHINA AGRITECH, INC., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                               Not Present

**Proceedings:** **(IN CHAMBERS)** Defendant's Motion for (1) Consolidation (2) Appointment of the China Agritech Shareholder Group as Lead Plaintiff, and (3) Approval of Selection of Counsel (DE 4) AND Plaintiff's Motion of the Vanous Group to Consolidate Related Actions, for Appointment of Lead Plaintiff, and Approval of Choice of Counsel (DE 7)

The Court hereby advises counsel that the above-referenced motions, noticed for hearing on May 16, 2011, have been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**.  The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

: 

Initials of Preparer        slw