# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-01331-RGK (PJWx) | Date | September 14, 2011 |
|---|---|---|---|
| Title | Theodore E. Dean v. China Agritech, Inc., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Defendant Rodman & Renshaw LLP's Motion to Dismiss for Lack of Jurisdiction (DE 43); Defendant Crowe Horwath LLP's Motion to Dismiss Case (DE 44); Defendant China Agritech, Inc.'s Motion to Dismiss First Amended Complaint (DE 46); and Defendants Gene Michel Bennett, Yu Chang and Yau-Sing Tang's Motion to Dismiss Case (DE 47)

     The Court hereby advises counsel that the above-referenced motions, noticed for hearing on September 19, 2011, have been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**. The Court will issue a ruling after full consideration of properly submitted pleadings.

     **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |