| | |
|---|---|
| 1 | SETH ARONSON (S.B. #100153) |
|   | saronson@omm.com |
| 2 | WILLIAM K. PAO (S.B. #252637) |
|   | wpao@omm.com |
| 3 | NATALIE SCHACHNER (S.B. #266438) |
|   | nschachner@omm.com |
| 4 | COURTNEY GOULD (S.B. #274417) |
|   | cgould@omm.com |
| 5 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street |
| 6 | Los Angeles, CA  90071-2899 |
|   | Telephone:  (213) 430-6000 |
| 7 | Facsimile:   (213) 430-6407 |

Attorneys for Defendants
CHINA AGRITECH, INC., YU CHANG, YAU-SING TANG and GENE MICHAEL BENNETT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THEODORE E. DEAN, SLAVA VANOUS, CLAIR HARPSTER, and RANDOLPH DANIELS-KOLIN Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINA AGRITECH, INC., YU CHANG, YAU-SING TANG, GENE MICHAEL BENNETT, XIAO RONG TENG, MING FANG ZHU, ZHENG "ANNE" WANG, CHARLES LAW, LUN ZHANG DAI, and HAI LIN ZHANG,<br><br>Defendants. | Case No.  CV11-01331 RGK (PJWx)<br><br>**NOTICE TO MAGISTRATE JUDGE OF DISTRICT COURT'S DENIAL OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Hon. Patrick J. Walsh<br>Dept:  23<br>Discovery Cutoff Date:  Sept. 5, 2012<br>Pretrial Cf. Date:  November 19, 2012<br>Trial Date:  November 27, 2012 |

NOTICE OF DENIAL OF CLASS
CERTIFICATION
CV11-01331 RGK (PJWx)

1    On May 3, 2012, the District Court denied Plaintiffs' motion for class
2    certification in this case.  Plaintiffs had moved to certify a putative class consisting
3    of "hundreds, if not thousands, of other shareholders" who purchased "the publicly
4    traded common stock of [Defendant China Agritech, Inc. ("CAGC")] . . . between
5    November 12, 2009 and March 11, 2011," and relied on CAGC's allegedly "false
6    and misleading" SEC filings.  (D.E. 95 at 1-2.)  In denying Plaintiffs' motion for
7    class certification, the District Court held that Plaintiffs failed to meet Federal Rule
8    of Civil Procedure 23's predominance requirement.  (*Id.* at 7.)  Specifically, the
9    Court found that Plaintiffs failed to show that "[CAGC's] stock was traded on an
10   efficient market."  (*Id.*)  Therefore, the Court could not "presume reliance as to the
11   class," and "Plaintiffs are unable to establish that questions of law or fact common
12   to class members predominate over any questions affecting only individual
13   members."  (*Id.* at 6-7.)

14   The District Court's denial of class certification dramatically changes the
15   breadth, scope, and potential recovery of this case.  This is no longer a putative
16   class action with thousands of potential class members; only four individual
17   plaintiffs remain.  Because this development could affect the scope of discovery
18   and the Parties' discovery motions now pending before this Court (D.E. 103, 130,
19   131), Defendants have attached for this Court's consideration a copy of the District
20   Court's order denying class certification in this case.

21   DATED:  May 4, 2012                          O'MELVENY & MYERS LLP

23                                                By: */s/Seth Aronson*
24                                                    Seth Aronson
                                                  Attorneys for Defendants
25                                                CHINA AGRITECH, INC., YU CHANG,
                                                  YAU-SING TANG and GENE MICHAEL
26                                                BENNETT

27

28

                                                  1                     NOTICE OF DENIAL OF CLASS
                                                                                    CERTIFICATION
                                                                              CV11-01331 RGK (PJWx)