SETH ARONSON (S.B. #100153)
saronson@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
NATALIE SCHACHNER (S.B. #266438)
nschachner@omm.com
COURTNEY GOULD (S.B. #274417)
cgould@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Attorneys for Defendants CHINA AGRITECH, INC., YU CHANG, YAU-SING TANG, and GENE MICHAEL BENNETT

LAURENCE M. ROSEN (S.B. #219683)
lrosen@rosenlegal.com
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, California  90071
Telephone:  (213) 785-2610
Facsimile:  (213) 226-4684

Attorneys for Plaintiffs THEODORE DEAN, SLAVA VANOUS, CLAIR HARPSTER, and RANDOLPH DANIELS-KOLIN

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THEODORE E. DEAN, SLAVA VANOUS, CLAIR HARPSTER, and RANDOLPH DANIELS-KOLIN Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHINA AGRITECH, INC., YU CHANG, YAU-SING TANG, GENE MICHAEL BENNETT, XIAO RONG TENG, MING FANG ZHU, ZHENG "ANNE" WANG, CHARLES LAW, LUN ZHANG DAI, and HAI LIN ZHANG,<br><br>Defendants. | Case No. CV11-01331 RGK (PJWx)<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>Judge:  Hon. R. Gary Klausner |

1  On September 14, 2012, Plaintiffs and Defendants China Agritech, Inc., Yu Chang, Yau-Sing Tang, and Gene Michael Bennett entered into a Settlement Agreement and Mutual Release in the above-captioned matter.

On September 18, 2012, the Parties filed a Stipulation For Dismissal With Prejudice, requesting that the Court dismiss with prejudice all claims asserted by Plaintiffs in this action.

IT IS HEREBY ORDERED that, pursuant to the agreement of the Parties, all claims asserted by Plaintiffs in this matter are dismissed with prejudice.

DATED: September 20, 2012   _____
Honorable R. Gary Klausner
United States District Judge